**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7164**

---

CARLOS R. MAYBERRY, a/k/a Bel Sable Napolean,

      Plaintiff - Appellant,

    v.

THE CARLOS MAYBERRY TRUST; ROBERT GREEN; ANNIE HARVEY; JEFF NINES,

      Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:23-cv-02350-PX)

---

Submitted:  December 19, 2024              Decided:  December 23, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Carlos R. Mayberry, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos R. Mayberry appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted and for lack of jurisdiction.[1] *See Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (explaining dismissal without prejudice is final if district court does not grant leave to amend).  We have reviewed the record, as well as Mayberry's informal brief and his affidavits filed in this court,[2] and we find no reversible error in the district court's determination that Mayberry failed to state a plausible claim for relief. Accordingly, we affirm the district court's order on that basis.  *Mayberry v. The Carlos Mayberry Trust*, No. 1:23-cv-02350-PX (D. Md., Sept. 18, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] The district court's order of dismissal without prejudice is a final, appealable order because the court did not grant Mayberry leave to amend.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).

[2] We deny Mayberry's motion for an extension of time to file a formal opening brief.